1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

SOUTHERN DISTRICT OF CALIFORNIA

10

(HONORABLE JANIS L. SAMMARTINO)

11

12   UNITED STATES OF AMERICA,

13                Plaintiff,

14         v.

15   Jennifer Valerie Guzman Sanchez,

16                Defendant.

CASE NO.:   21CR3378-JLS

ORDER CONTINUING MOTION
HEARING/TRIAL SETTING

17

18         Pursuant to joint motion and good cause appearing, IT IS HEREBY

19   ORDERED that the motion hearing/trial setting currently scheduled for January 14,

20   2022, at 1:30 p.m., be continued to February 25, 2022, at 1:30 p.m.

21         For the reasons set forth in the joint motion, the time period between January

22   14, 2022 and February 25, 2022 is excluded pursuant to 18 U.S.C. §§ 3161(h)(1)(D)

23   and (h)(7)(A).

24         **IT IS SO ORDERED.**

25   Dated:  January 4, 2022

26                                              Hon. Janis L. Sammartino
                                                United States District Judge
27

28